UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **SEALED NOTICE OF INTENT TO FILE AN INFORMATION** |
|---|---|
| v. | |
| JEROME KOLLAR, | **25cr584** |
| Defendant. | |

Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of Indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Furthermore, I have reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and Judge Garnett **is not** recused from this matter.

Dated: New York, New York
December 11, 2025

JAY CLAYTON
United States Attorney

By: *Justin Rodriguez*
Justin V. Rodriguez
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: *P. Smith*
Patrick Smith, Esq.
Rodney Villazor, Esq.
Attorney for JEROME KOLLAR