Court Ex. 1
12/16/2025
ZJL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | 25 Cr. |
| JEROME KOLLAR, | |
| Defendant. | 25 CRIM 584 |

    The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1014, 1344, 1349, and 1519; Title 15, United States Code, Sections 78j(b) & 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Section 2, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JEROME KOLLAR
Defendant

_____
Witness

_____
Patrick Smith, Esq.
Rodney Villazor, Esq.
Attorneys for Defendant

Dated: New York, New York
       December 16, 2025